Case No. 18-3137, Leonel Hernandez-Perez v. Jefferson Sessions III Argument not to exceed 15 minutes per side Mr. Kozol, you may proceed for the petition Good morning, Your Honors Thank you for the opportunity to appear before you I reserved three minutes of my time for rebuttal May it please the Court, I am Chris Kozol I am appearing on behalf of the petitioner in this case Mr. Leonel Hernandez-Perez Mr. Hernandez-Perez is before the Court this morning seeking reversal of the BIA's decision denying his motion to reopen removal proceedings in which he asked the Board of Immigration Appeals to consider newly discovered evidence that he has a son, A, born outside of his marriage of whom he had no conclusive proof prior to the hearing and to present evidence that he could meet the exceptional and extremely unusual hardship standard necessary in this case As a preliminary matter, Your Honors we raised in our response to the Office of Immigration Litigation's reply brief that the Supreme Court had issued a decision prior to these sessions which we believe addressed the possibility of a subject matter jurisdiction problem with the immigration court below The Office of Immigration Litigation two or three days ago filed a motion to strike that portion of our brief as improperly raised regardless of our position on whether or not it was properly raised at that time we would like to recognize that a different panel of this Sixth Circuit decided the issue against us last week we became aware of it yesterday on that basis, under Sixth Circuit law we have recognized that this panel has no jurisdiction to reverse that and we would withdraw from that argument Your Honors, Mr. Hernandez Perez is a native citizen of Mexico who entered the United States in approximately 2001 He appeared before an immigration court and filed for a form of defense called cancellation of removal which required him to prove four factors as a matter of law that he had been physically present in the United States for at least ten years prior to the service of a notice to appear that he had good moral character for the ten years prior to his hearing that he was not convicted of crimes that registered him statutorily ineligible for relief and finally that he had what is called a qualifying relative a U.S. citizen's spouse, parent, or child or lawful permanent resident, spouse, permanent parent, or child who would suffer exceptional and extremely unusual hardship if he were removed The immigration judge found that Mr. Hernandez Perez had met the first three factors found that he had not established the fourth Mr. Hernandez Perez filed a timely appeal and the BIA dismissed that appeal One week after the BIA issued its decision Mr. Hernandez Perez obtained a paternity test that established conclusively that he is the father of a United States citizen's son, A He submitted the proof of the paternity test along with a new allocation for relief as required by regulation and argued that this was new and previously undiscovered evidence that he could not have submitted prior to the hearing I'm sorry, Your Honor There is not, Your Honor I believe it was, I'm not sure at the time he did not have much contact with the family Mr. Hernandez Perez had been informed that by A.W.'s grandmother that she did not want him around that she would shoot him, she claimed that she would use legal process and accuse him of harassment if he pursued any sort of form of relief I'm not, I can't look into Mr. Hernandez Perez's head and I don't know his exact reasoning but I suspect that as somebody who was unlawfully in the country who was already under legal proceedings who was required to show his good moral character and was concerned that a charge of harassment or trespassing or any other criminal charge would have to be presented to the immigration court and could impact that court's decision on his good moral character I suspect that those factors influenced it I believe that his grandmother had passed away sometime about a year before the board rendered its decision on the case but I am not certain Nevertheless I think by the facts, I think it would be helpful if you would tell us how we get around the hurdles of whether we can even hear the case Yes, Your Honor The Office of Immigration and Elimination has raised, well, Ortiz Cervantes, the holder has cited that as the main case Pardon me Yes, Your Honor The Office of Immigration and Elimination has cited Ortiz Cervantes to say that this is not newly discovered evidence and the claim cannot be heard before this court However, we believe Ortiz Cervantes is factually distinguishable from the present case In Ortiz Cervantes, the child was born prior to the hearing before the immigration judge and there was no contention that the petitioner in that case did not know of the child and did not have in his possession the evidence that he sought to introduce of the child's hospitalization prior to the final hearing before the immigration judge In Ortiz Cervantes the petitioner had been before the immigration judge appealed to the BIA was remanded to the immigration judge for hearing on voluntary departure was granted voluntary departure appealed to the BIA and then sought reopening again All the while, the child had been born was presumably within the care and custody of the parent and the petitioner and the parent and the petitioner had the evidence that the child had been hospitalized before he appeared before the immigration court for the final time on July 11, 2013 The child had in fact been born May 29, 2012 and had been hospitalized three times between October 2012 and March 2013 In this instance A.W. was not in my client's custody My client had not established paternity and had been told that he was in fact not the father by the child's guardian The child's grandmother had asserted that he was not the father that her daughter had lied to my client in order to obtain money from him because he would provide some form of informal child support and he had no direct knowledge no way of knowing for certain that this child was his If we had accepted all of that and assumed that it really was new it was new information he was not able to provide and he provided it the first opportunity Tell me about the harm Let's say we get to the harm There's not much in your argument other than that A.W. will become a ward in the state Can you give some more specificity to what the harm would be? I can, Your Honor but to some degree that was not relevant at the stage before the Board of Immigration Appeals and that goes to our argument about the standard between COELO matter of COELO and matter of LOG In matter of COELO the Board enunciated a strict standard upon the Aubrey opening that you must show compelling evidence that the result of the case would be changed In matter of LOG in addressing the specific standard of what sort of evidence is required to show Let's assume that we accept that LOG was a further refinement of that standard and gave us a substantial explanation of what that standard would be Give us some information about what is the harm that's being alleged Yes, Your Honor At this point in time A.W. was originally put under the care of his grandmother because presumably his mother was either gone or unable to provide care The record reflects she's in jail When I looked this up in preparation for this oral argument, Your Honor I believe she had been probated or put on parole and she's under the guide of the parole office at this time, I believe I don't know exactly when that occurred but I did look it up prior to this argument so that I could represent those facts to the court Truly Nevertheless, she had been deprived of the guardianship of her child and I don't know if the original basis of the guardianship was because she was incarcerated or if it was because she had disappeared or somehow neglected him Nevertheless, parents are not normally deprived of guardianship if they are present and providing care and providing appropriate care for their children and able to do so So the grandfather is the guardian The grandfather is now the guardian He is 77 years old He contacted my client about a week before the BIA rendered its decision and informed my client, Mr. Hernandez Perez that he is now battling cancer and does not feel physically able to continue providing care for the child My understanding is that he has been doing so to the best of his ability but that he feels that that ability is waning and he does not think he can continue to provide care The harm to the child is going to be at a minimum that he will be deprived of a potential caregiver who is willing to take him in willing to support him willing to seek custody of him and that he may lose all relation to his biological parents if his mother is not re-established as guardian and we don't know what will happen with that The mother apparently has a lengthy criminal history She was in prison at the time we filed our motion to reopen She had been imprisoned at various other times on theft and I believe drug charges as well and was apparently unable to provide any care for her child A.W. With the grandfather ill and apparently newly diagnosed with an illness or at least informing my client immediately before the Board of Immigration Appeals decision that he had been newly diagnosed and was undergoing treatment of a serious illness the child could lose all guardianship and potentially become a ward of the state Further, we had raised the issue briefly but it was not a well-developed argument to the BIA that the fact that the child had been removed from the mother's care raised a concern of whether or not he had been subjected to some form of abuse or neglect but we recognize that that's not properly before the court and I believe we waived argument on that in our brief, Your Honor The harm that we believe A.W. could potentially suffer is essentially complete abandonment and loss of all guardianship other than becoming a ward of the state, Your Honor How do you understand the BIA's order? We understand the BIA's order First, they said that the evidence was not persuasively established as new They did not enunciate anything beyond saying our arguments were unpersuasive and I don't know how to seek further review of that I think they said that they as argued by the Department of Homeland Security the argument that the evidence was not new was not persuasive Second, we understand the BIA's order saying we had not established I'm sorry, I see that I'm out of time, Your Honor We understand the BIA's order saying we had not established exceptional and extremely unusual hardship The Office of Immigration and Litigation raised that as an issue of whether we had established that A.W. was his son as a legal matter but we did not read the case that way We read the order as saying we had not presented sufficient evidence of hardship But then, isn't that up to them? On a motion to reopen if the legal standard is whether a reasonable person could find that we had established a reasonable possibility of establishing hardship which would be the Matt Arbello G case, Your Honor we don't think that the BIA applied that standard They did not cite it and they did not refer to it They looked it up and so what we are essentially asking the court is to determine whether COELA or LOG should have controlled based on the board's prior precedent Thank you Thank you May it please the court My name is Dawn Conrad and I'm here today on behalf of the United States Attorney General The board's decision that's on review in this case had two findings One, the board found that the evidence was not previously unavailable at the time of his immigration court hearings and two, the board found that he had not established a prima facie case for cancellation of removal The second finding, the court lacks jurisdiction over because it is a discretionary determination Therefore, we ask this court to follow its unpublished decision in Ortiz-Cervantes and find that the court lacks jurisdiction over the petition for review because the court cannot review that discretionary finding which is dispositive of this case But Ortiz has the exception unless the motion raised a new hardship ground not decided in the original decision That's correct, your honor and they did look at whether the evidence was new or previously unavailable and we're not disputing that the court can review that but we're saying that's one finding of the board's two findings in this case so because the second finding is discretionary whether he established prima facie eligibility for cancellation of removal then the court lacks jurisdiction in this case but we do agree that the court has jurisdiction to review whether the evidence was new or previously unavailable and we would argue that the board did not use its discretion when it found that the evidence was not previously unavailable or previously undiscoverable and that's the standard that the court applies in such cases that the evidence has to be both new, previously unavailable and previously undiscoverable Petitioner's affidavit said that he suspected that A.W. was his son since he was born in 2010 although the boy's maternal grandparents made establishing a relationship with the boy difficult Petitioner admits that he could have taken legal action to establish paternity prior to 2017 He never mentioned his suspicion of having another United States citizen child or the mother's criminal history in his proceedings before the immigration court or in his initial appeal Those proceedings went on approximately six years Only after those proceedings were concluded and unsuccessful did Petitioner obtain a DNA test to confirm his paternity But it's not really about the DNA test It's about the fact that the circumstances have changed that he really didn't have a good argument based on the second kid before and there was nothing to make If it didn't affect the one kid it certainly wasn't going to affect the second but now you have a situation where the sole person taking care of the child called him and that is what he's relying on that there's no one to take care of this child now and I'm the only one Well, he is relying both on that and a paternity test, Your Honor And what? And a paternity test Yes Because he has to show that he has disagreed Right, right But we would argue that the evidence in the record does not show that this circumstance only has arised since the Board's decision in this case What does it mean to have evidence unavailable? Let's assume the statement is in the affidavit which we do Okay, yes And the statement is the guardians of this child threatened me and said they would call the police I would be deported They have a gun They won't allow me near him I snuck around a little bit and met him in the park and spent a little bit of time Right, Your Honor I did what I could but I did not attempt to do that I did not attempt to forcibly take him I didn't go to court And there is reasoned explanation in that affidavit Then, when he hears from the grandfather and knows he has that opportunity within the week, he's had a paternity test done What case law shows me that that is not unavailability? Well, Your Honor, in this court's case in Sakawati v. Lynch this court actually held this standard against the government because in that case the evidence would have been available if the government had taken efforts to discover it and the government did not Yes, but I was involved in that case too I'm very familiar with that That was the government's failure to look in their own briefcase always available to them at any point they could have looked This is a case in which the argument in the affidavit states I am not able to provide this proof because I am not going to be allowed to provide it by the person who has legal custody of the child Well, I believe, Your Honor, he actually stated not only did he say he suspected it was his son but that he was hesitant to seek further because he was afraid it might not be his son and then obviously the difficulty with the maternal grandparents But we know that the custody order in the record shows that he was in his grandfather's custody as of 2014 We don't know when, if the grandmother was the major maternal grandmother was the major impetus from him having a relationship with his child because obviously the mother let him have some sort of relationship with the child We don't have any evidence regarding when the grandmother passed away why he couldn't have at that time taken some sort of action or brought it up Correct me if I'm wrong I thought that he didn't know that the grandmother was dead Am I incorrect? No, I don't think there's evidence of that in the record He just states in his affidavit that the grandmother is deceased There's no evidence in the record about when she was deceased I know when is not in the record but whether he knew it or not is also not in the record That's correct, that's not in the record as well So we believe, and we believe the board's decision is correct that he could have discovered this information prior to being contacted by the grandfather Obviously the mother has a long criminal history If he suspected that she was not properly caring for the child and that he was the child's father he could have taken efforts to establish his paternity through the court system and he was already in removal proceedings at that point He was in removal proceedings since 2011 so the fact that he was here illegally I mean, he was already in removal proceedings Doesn't it play a role that he didn't understand the real issue that is brought up here in the new hardship ground? He didn't know he would be able to have custody or even a relationship with the child As soon as he found out he could then he got the proof and made it available I'm really struggling with this idea that do you have to risk life and limb in order to obtain this information before you even know that that issue is assured that you can have the child or have responsibility for the child It seems to me it's pretty practical here He couldn't get it As soon as he found out that he had an opportunity then he took it Why aren't we looking at this from the practical angle? Well, from the practical angle he was in immigration court proceedings as of 2011 He could have mentioned at some point during the proceedings he suspected he had another child Could he have a continuance to obtain more information on this child? He never did that There is no mention of this child at all in his previous immigration court proceedings What would the continuance be for if he didn't have custody and somebody else did? He could show evidence that the mother was incarcerated or that the mother had this criminal history and that he would be providing We don't have any evidence in the record that he ever provided support or offered to provide support for this child in this entire, I guess, seven years between when the child was born and when the board's decision was issued in this case We also see that he had some contact with the mother He doesn't explain why he couldn't ask the mother for more of a role in the child's life or to have a paternity test when he had contact with the mother We just don't have that evidence in the record, Your Honor And perhaps had he been able to provide that information that would have been a stronger case in his motion to reopen But we don't have that Turning to Petitioner's argument about matter of LOG It is our position that matter of LOG just clarified the standard that was set forth in matter of KLO And neither case required the board to conclusively find that the result would be different if the case was remanded to the board And in this case, the board applied the proper standard finding that the petitioner did not establish prima facie eligibility for cancellation or removal And we would still maintain that the court doesn't have jurisdiction And why? Why is that? Because they determined that he didn't have the discretionary factor Obviously he met the other requirements of cancellation and removal at his prior hearing So do you see this... It started off this way What do you understand the second ruling to be? Paraphrase it You say it's a hardship ruling So there's no hardship because what? Oh, so there's no hardship because he didn't demonstrate what the harm would be to the child in his motion That he did not demonstrate what the harm would be to the child in his motion to reopen But the big... My understanding is that the BIA simply did not rule on that It never said whether becoming a ward of the state was enough of a hardship Right, because we don't actually even have evidence that he would become a ward of the state That's entirely his speculation Because the letter from his grandfather We do have actually a letter from his maternal grandfather in the record But how can you decide that he didn't make a prima facie case if you did not look at the standard applied to what was before you? I'm sorry, your honor, I believe... The BIA did not address the harm whether becoming a ward of the state was enough of a hardship Well, that determination was not made Well, your honor, they did assert that it's not clear that the extent of their current relationship is not clear and it does not appear that he has ever had custody of the child So that would appear that the board did consider that No, so the new hardship is that he now may have the ability to get guardianship or he may be able to prove he's the father and have the child back in the parent-child relationship If that doesn't happen, the harm alleged is that he will become a ward of the state That is not what the BIA addressed Well, the BIA addressed that he does not have custody and he doesn't appear to have ever had custody and the extent of their current relationship is unclear and that's all true because we don't know for sure that he will ever have custody or that he is going to be a ward of the state Besides his own speculation... I'm trying to understand I understand those preliminary issues The question is can you reopen this not has he proved his case but can this be reopened and considered under the proper standards Is it a new hardship ground not decided in the original decision? And so to my mind, it seems that what we have here is that we don't have a discretionary determination being made because the BIA never opined on whether becoming a ward of the state was enough of a hardship That doesn't mean they would lose on it It just means they didn't do it Well, certainly the BIA's decision is brief I'll give you that as we frequently see in these cases but our position would be that the BIA opined on that when he said the evidence accompanying the motion is insufficient to establish prima facie eligibility for cancellation or removal and that he has not demonstrated that if proceedings were reopened the new evidence would likely change the result of the case So it's true that the board did not specifically use the words harm and address whether he would become a ward of the state Although the board... You see where we're crisscrossing Right We have a right to look at whether it's a new hardship ground not decided in the original decision We can look at that If it were a discretionary decision already made we may be in different terrain That's your argument But I'm not seeing the discretionary decision having been made So that leaves us in the land of whether we agree with you on whether a new hardship was raised that was not decided in the original petition for which we have jurisdiction Right, Your Honor Well, our position would be that you do have jurisdiction to review whether the evidence was previously unavailable or new and that this finding by the BIA ultimately hinges on its discretionary finding So that you would not have jurisdiction to review the second part Right, right If you... Are there any further questions? Because I see my time is up Okay, thank you Thank you Thank you In response to the government's position that the court lacks jurisdiction under Ortiz-Cervantes we would reiterate that Ortiz-Cervantes did carve out an exception for a previously unheard claim and it is undisputed that the claim of hardship to AW was not heard before the immigration court That is unequivocal, Your Honors It was not presented to the court The question then becomes whether or not it was unavailable to Mr. Hernandez-Perez at the time of his proceeding and we would submit that the guardianship in another person the threats of a legal process and of violence against him all made that evidence unavailable and that as soon as he became aware that those impediments no longer existed to his seeking evidence of paternity and presenting that evidence to the immigration court he very quickly, very shortly, sought that evidence out obtained some of what evidence he could in time to file a motion to reopen and presented it So we believe that this court does have jurisdiction over that portion of this claim So if we have jurisdiction and we decide that it was a hardship that was not known until that it was divulged as soon as it became known then the remedy is it not a remand would be a remand to the BIA because the BIA does get to decide that It does, Your Honor Yes Under the proper standard Under the proper standard And we believe that the next question then is whether Coelho or LOG controls And we believe that the government DHS counsel had conceded that LOG controlled because that's the standard they cited in their response to our brief Aren't those two cases often cited together? Pardon? Aren't those two cases often cited together as defining the standard? They are So they're not at odds with one another They essentially say the same thing even though LOG may have more substantially explained it I don't know that they have the exact same standard, Your Honor I think Coelho says that we have to show that it's more likely than not that the result in the case would be changed LOG comes along and says that means in this kind of circumstance under these discretionary determinations that you have to show a reasonable possibility that you have a reasonable chance of winning Which defines the standard? Which we believe defines the standard and that was cited I believe it's on page 5 of the administrative record DHS cited that as the legal standard in their response to our motion to reopen I have 17 seconds left, Your Honor In the end, I think this case comes down to was this evidence new and previously unavailable? And we believe that it was And if it was, was it decided under the proper standard? We do not believe that it was We ask the court to remand the case to the BIA in order to adjudicate this case under the proper legal standard Thank you, Your Honor Thank you, Your Honor Okay, we have two more cases We're going to take a short break Just a few minutes